# Court of Appeals
## Tenth Appellate District of Texas

===

10-25-00306-CV

===

Thomas Moore Feeds, LLC, Matthew Moore, and Matt McCurdy,
Appellants

v.

Kalmbach Feeds, Inc., Weisman Young & Ruemenapp, PC, Paul
Kalmbach, Jr. Stefan McDaniel, Howard B. Young, Jr., Stoney
Livengood, and Lexi Hernandez,
Appellees

===

On appeal from the
85th District Court of Brazos County, Texas
Judge Kyle Hawthorne, presiding
Trial Court Cause No. 25-001734-CV-85

===

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellants, Thomas Moore Feeds, LLC, Matthew Moore, and Matt McCurdy, appealed from a final judgment signed by the trial court on August 22, 2025. On August 29, 2025, Appellants were notified that the filing fee was due on or before Monday, September 8, 2025, and that a docketing statement was required to be completed and returned to this Court by Monday,

September 8, 2025. The filing fee was not paid and the required docketing statement was not received. *See* TEX. R. APP. P. 5, 32.1. By letter dated September 11, 2025, the Clerk of this Court notified Appellants that the filing fee had not been paid and that if the fee was not paid before Monday, September 22, 2025, the appeal would be dismissed. By letter also dated September 11, 2025, the Clerk of this Court notified Appellants that the docketing statement had not been filed and warned them that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Monday, September 22, 2025. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, the filing fee has not been paid and we have not received the docketing statement, nor have we received any request for an extension of time to pay the filing fee or to file the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 32.1, 42.3(c).

STEVE SMITH
Justice

OPINION DELIVERED and FILED: October 9, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
CV06

